UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Daniel R. Solin, Individually and as Trustee of the Daniel R. Solin Trust

Plaintiff,

-v-

Anthony J. Domino, Jr.

Defendant.

**JUDGE ROBINSON**
**08 CV 2837**
Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

<u>Daniel R. Solin and Daniel R. Solin Trust</u>   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

RECEIVED
MAR 1 8 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**Date:** March 17, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** DV 9090

Form Rule7_1.pdf  SDNY Web 10/2007