**DANIEL R. SOLIN (DRS 8675)**
401 Broadway
Suite 306
New York, New York 10013
(239) 949-1606
dansolin@yahoo.net

**DAVID VALICENTI (DV 9090)**
CAIN HIBBARD MYERS & COOK, PC
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771
dvalicenti@cainhibbard.com

Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL R. SOLIN, INDIVIDUALLY AND AS TRUSTEE OF THE DANIEL R. SOLIN TRUST,<br><br>                    Plaintiffs,<br><br>- against -<br><br>ANTHONY J. DOMINO, JR. and THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.,<br><br>                    Defendants. | Civil Action No. 08 CV 2837 |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declaration of Daniel R. Solin and the exhibits thereto, and the accompanying memorandum of law, Plaintiffs will move this Court at a time and date that the Court may direct, at the United States Courthouse located at 300

/560597/v1

Quarropas Street, White Plains, New York 10601, for an Order permitting Plaintiffs to add a new party pursuant to Fed. R. Civ. P. 21.

Dated: July 9, 2008

Respectfully submitted,

DANIEL R. SOLIN (DRS 8675)

By: *[signature]*
401 Broadway
Suite 306
New York, New York 10013
(239) 949-1606
dansolin@yahoo.net

By: *[signature]*
DAVID VALICENTI (DV 9090)
CAIN HIBBARD MYERS & COOK
66 West Street
Pittsfield, Massachusetts 01201
(413) 443-4771
dvalicenti@cainhibbard.com

Co-Counsel for Plaintiffs