Robinson, J

Kevin J. Windels (KJW-5477)
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
Phone: (212) 269-0927
Facsimile: (212) 269-3559
kwindels@damato-lynch.com

Attorneys for Defendant
Anthony J. Domino, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANIEL R. SOLIN, INDIVIDUALLY AND AS
TRUSTEE OF THE DANIEL R. SOLIN TRUST,    Civil Action No.: 08 CV 2837 (SCR)

                                 Plaintiffs,

      – against –

ANTHONY J. DOMINO, JR., and
THE GUARDIAN INSURANCE &
ANNUITY COMPANY, INC.,

                                Defendants.
-----------------------------------------------------------x

**STIPULATION AND ORDER
EXTENDING DEFENDANT'S
TIME TO RESPOND TO THE
AMENDED COMPLAINT**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties herein, that the defendant Anthony J. Domino, Jr.'s time to answer or move against the Amended Complaint herein shall be, and hereby is,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

extended through and including September 11, 2008.

Dated: New York, New York
       July 25, 2008

                                                D'AMATO & LYNCH, LLP

By: _____
        Kevin J. Windels (KJW-5477)
        70 Pine Street
        New York, New York 10270
        (212) 269-0927
        kwindels@damato-lynch.com

        Attorneys for Defendant
        Anthony J. Domino, Jr.

        CAIN HIBBARD MYERS & COOK, P.C.

By: _____
        David Valicenti (DV 9090)
        66 West Street
        Pittsfield, Massachusetts 01201
        (413) 443-4771
        dvalicenti@cainhibbard.com

        and

        Daniel R. Solin (DRS 8675)
        401 Broadway
        Suite 306
        New York, New York 10013
        (239) 949-1606
        dansolin@yahoo.com

        Co-Counsel for Plaintiffs

SO ORDERED ON THE 21st DAY OF
___August___, 2008

_____
U.S.D.J.

#302812v1